
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

**MEMORANDUM ENDORSED**

May 5, 2020

**VIA ECF**

The Honorable Gregory Woods
United States District Judge, United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Fiduciary Network v. Mark P. Hurley*, No. 19-cv-00379

Dear Judge Woods:

We are scheduled for a post-discovery status conference this Thursday, May 7, 2020, at 2 p.m. (EDT). I have been the lead attorney for defendant Mr. Mark Hurley. I have a previously scheduled medical procedure set for Thursday, May 7, 2020, at 3 p.m. (CDT). Prior to the procedure, I need to take certain preparation materials. I would like to see if it is possible to schedule the conference for any time next week.

Counsel for Plaintiff has informed me that he has no objection to this request.

I appreciate the Court's consideration of this matter. Of course, I am available for any questions the Court may have.

Respectfully submitted,

BREWER ATTORNEYS & COUNSELORS

---

Application granted. The conference scheduled for May 7, 2020 is adjourned to May 11, 2020 at 4 p.m. The parties are directed to consult the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for dial-in information and other instructions. The parties are specifically directed to comply with Emergency Rule 2.C.

SO ORDERED.

Dated: May 5, 2020

                                                GREGORY H. WOODS
                                             United States District Judge